Recording Requested By:
Nationstar Mortgage

When Recorded Return To:

DOCUMENT ADMINISTRATION
Nationstar Mortgage
2617 COLLEGE PARK
SCOTTSBLUFF, NE 69361

---

## CORPORATE ASSIGNMENT OF MORTGAGE

Androscoggin, Maine
SELLER'S SERVICING     "PROVENCHER"

MIN #:

Date of Assignment: November 18th, 2014
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AEGIS LENDING CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS at PO BOX 2026, FLINT, MI 48501
Assignee: THE BANK OF NEW YORK MELLON CORPORATION AS TRUSTEE FOR CDC MORTGAGE CAPITAL TRUST 2004-HE3 at 101 BARCLAY ST, NEW YORK, NY 10286

Executed By: GERARD O PROVENCHER AND HIS WIFE, KRISTEN E PROVENCHER, AS JOINT TENANTS, WITH RIGHTS OF SURVIVORSHIP To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AEGIS LENDING CORPORATION
Date of Mortgage: 05/25/2004 Recorded: 06/02/2004 in Book/Reel/Liber: 5934 Page/Folio: 240 as Instrument No.: 13463 in the County of Androscoggin, State of Maine.

Property Address: 540 COURT STREET, AUBURN, ME 04210

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $111,200.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR AEGIS LENDING CORPORATION, ITS SUCCESSORS AND/OR ASSIGNS
On **NOV 18 2014**

By: _____
Justin Moon
, Assistant Secretary

STATE OF **TX**
COUNTY OF **Denton**

On **NOV 18 2014**, before me, **Albany Scott**, a Notary Public in and for **Denton County** in the State of **Texas**, personally appeared **John Moon**, Assistant Secretary, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal,

_____ 11/18/14
Albany Scott
Notary Expires: 10/31/2017

ALBANY SCOTT
Notary Public, State of Texas
My Commission Expires
October 03, 2017

(This area for notarial seal)

**EXHIBIT D**