Record & Return To:
Title 365
750 Highway 121 Bypass
Lewisville, Texas 75067
412-893-2358

Loan #:
Deal Name: Solutionstar Settlements
ME, Androscoggin

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, the receipt and sufficiency of which is hereby acknowledged, the undersigned, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR AEGIS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS, 8950 CYPRESS WATERS BLVD, COPPELL, TX, 75019,** herein ("Assignor"), does hereby grant, sell, assign, transfer and convey, without recourse unto **REAL ESTATE GROWTH FUND, LLC,** 4300 Stevens Creek Blvd, Suite 275, San Jose, CA 95129 herein ("Assignee") that certain MORTGAGE recorded in **Androscoggin** County, ME referenced below;

**Borrower: GERARD O PROVENCHER AND HIS WIFE, KIRSTEN E PROVENCHER, AS JOINT TENANTS, WITH RIGHT OF SURVIVORSHIP**
Original Lender: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR AEGIS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS**
Dated: 05/25/2004   Recorded: 06/02/2004   Book: 5934   Page: 240   Instrument: 13463 in Androscoggin, ME.
Loan Amount: $111,200.00
Property:      540 COURT STREET, AUBURN, ME 04210

**Legal description is attached hereto and made a part hereof as Exhibit "A"**

Together with the note(s) and obligations therein described or referred to, the money due and to become due thereon, with interest, and all rights accrued or to accrue under said document referenced above.

TO HAVE AND TO HOLD the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the document above-described.


EXHIBIT E

Page 2
Loan #:

IN WITNESS WHEREOF, Assignor has caused this Assignment to be executed and delivered, effective 7/10/16.

        MORTGAGE ELECTRONIC REGISTRATION
        SYSTEMS, INC ("MERS"), SOLELY AS
        NOMINEE FOR AEGIS LENDING
        CORPORATION, ITS SUCCESSORS AND
        ASSIGNS

By: _____
Name:   Gary Davenport
Title:    Vice President

## ACKNOWLEDGMENT

State of Texas

County of Denton

On _7/30/18_, before me, Richard Joshua Hipo, Notary Public, in and for said State, personally appeared Gary Davenport, Vice-President of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC ("MERS"), SOLELY AS NOMINEE FOR AEGIS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS, [✓] personally known to me or [ ] proved to me on the basis of satisfactory evidence through the presentation of _____N/A_____ [description of evidence] to be the person whose name is subscribed to the within instrument who acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the person or entity on behalf of which the person acted, executed the instrument.

WITNESS my hand and official seal.

_____

Notary Public: Richard Joshua Hipo

My Commission Expires: 3/4/22

Richard Joshua Hipo
My Commission Expires
03/04/2022
ID No 128195164

## EXHIBIT A
### (04-02502P PROVENCHER)

A certain lot or parcel of land with the buildings and improvements thereon situated on the southeasterly side of Court Street on Merrill Hill, so-called, in the City of Auburn, County of Androscoggin, and State of Maine and being bounded and described as follows:

Beginning at the southwesterly corner of land which J.H. Merrill conveyed to Hattie E. Maxwell by deed in Book 125, Page 143; thence running southeasterly for a distance of one hundred twelve (112) feet on the southwesterly line of the said Maxwell land to a stake; thence running southwesterly fifty-nine (59) feet to a stake; thence running northwesterly one hundred twelve (112) feet to a maple tree on the line of the aforesaid Court Street; thence northeasterly fifty-nine (59) feet to the point of beginning.

Also another lot on the southerly side of Court Street on Merrill Hill, so called, and being a part of what was formerly known as the Jabez Merrill farm, bounded as follows, to wit: Beginning at a point on the southerly side of said road at the southwest corner of land conveyed by Everett M. Hatch, et al, to George H. Merrill in Book 365, Page 191, thence in a southwesterly direction on the line of said Court Street twenty-one (21) feet; thence in a southwesterly direction at a right angle with the first mentioned bound, one hundred twelve feet (112); thence in an easterly direction at a right angle with the first mentioned bound; thence in a northwesterly direction on line of land so conveyed to the said George H. Merrill one hundred twelve (112) feet to the point of beginning.

Also another parcel described as follows: Beginning at an iron pin set at the southerly corner of land of the first and second parcels described in a deed recorded in Book 1308, Page 341; said pin is located South 38 degrees, 12 minutes, 37 seconds East one hundred twelve (112) feet from another iron pin set on the southeasterly limit of Court Street at the westerly corner of land now or formerly of Richard M. Hatch; thence the line runs at a magnetic bearing North 52 degrees, 10 minutes, 53 seconds East along said Hatch land eighty (80) feet to the land of Marylin Dunn, which land is described in a deed recorded in Book 1303, Page 340; thence South 38 degrees, 12 minutes, 37 seconds East along the land of said Dunn seventy-five (75) feet to an iron pin set; thence South 53 degrees, 10 minutes, 53 seconds West along other land of William C. Hatch et al, eighty (80) feet to an iron pin set; thence North 38 degrees 12 minutes, 37 seconds West seventy-five (75) feet to the point of beginning.

Being the same premises as described in a deed from Richard M. Hatch to Gerard O. Provencher and Kirsten E. Provencher dated February 24, 2000 and recorded in the Androscoggin County Registry of Deeds in Book 4394, Page 336.

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED