Recording Requested By:

And When Recorded Mail To:
PCF, LLC
4300 StevensCreek Blvd
Ste 275
San Jose, CA 95129

_____ above for Recorder's use _____

Customer#:  Service#:
Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, REAL ESTATE GROWTH FUND, LLC, 4300 STEVEN CREEK BLVD SUITE # 275, SAN JOSE, CA 95129-0000, hereby assign and transfer to PRIVATE CAPITAL FUND, LLC, 4300 STEVENS CREEK BLVD. SUITE # 275, SAN JOSE, CA 95129-0000, all its right, title and interest in and to said Mortgage in the amount of $111,200.00, recorded in the State of MAINE, County of ANDROSCOGGIN Official Records, dated MAY 25, 2004 and recorded on JUNE 02, 2004, as Instrument No. 13463, in Book No. 5934, at Page No. 240.

Executed by: GERARD O PROVENCHER AND HIS WIFE, KIRSTEN E PROVENCHER, AS JOINT TENANTS, WITH RIGHT OF SURVIVORSHIP (Original Mortgagor).

Original Mortgagee: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE FOR ATGIS LENDING CORPORATION, ITS SUCCESSORS AND ASSIGNS.

Date: 11/5/18
REAL ESTATE GROWTH FUND, LLC

By: _____
(Name, Title) Jon Freeman, Managing Member

**EXHIBIT F**

Loan#:  Srv#:
Page 2

Bk 9997 Pg185 #22308

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Santa Clara } ss.

On November 6, 2018, before me, Mildred Garcia, a Notary Public, personally appeared Jon Freeman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

_____
(Notary Name):

Prepared By:
**First American Mortgage Solutions**
**LR Department**
**3 First American Way**
**Santa Ana, California 92707**
**JOYCE A GARCIA, (800) 525-3633**

MILDRED GARCIA
Notary Public - California
Santa Clara County
Commission # 2258393
My Comm. Expires Sep 18, 2022

TINA M. CHOUINARD, REGISTER
ANDROSCOGGIN COUNTY MAINE E-RECORDED