## QUITCLAIM ASSIGNMENT OF MORTGAGE

WHEREAS, Aegis Lending Corporation, a Delaware corporation with a former place of business at 3250 Briarpark, Suite 400, Houston, Texas 77042, is the lender ("**Lender**") on a certain mortgage executed by Gerard O. Provencher and Kirsten E. Provencher, bearing the date of May 25, 2004 and recorded in the Androscoggin County Registry of Deeds in Book 5934, Page 240 (the "**Mortgage**");

WHEREAS, Lender was merged with and into Aegis Mortgage Corporation ("**Successor**") on March 28, 2012, pursuant to which merger Successor owned all of the assets and liabilities of Lender;

WHEREAS, pursuant to that Order Appointing Receiver for Aegis Mortgage Corporation entered on July 16, 2019 by the Court of Chancery of the State of Delaware under Docket No. 2019-0009-KSJM (the "**Order**"), Brett D. Fallon, Esquire was appointed Receiver for Successor, a true copy of which Order is attached hereto as Exhibit A;

WHEREAS, Successor may have certain rights that are described in the Mortgage;

WHEREAS, Mortgage Electronic Registration Systems, Inc. ("**MERS**") was designated the mortgagee in the Mortgage as the nominee of Lender and its successors and assigns, and MERS was the mortgagee of record;

WHEREAS, this Quitclaim Assignment of Mortgage is not intended to and does not modify or assign any of the rights, title or interests that MERS had in the Mortgage; and

WHEREAS, Successor wishes to convey and assign any and all rights it may have under the Mortgage.

ACCORDINGLY, Successor, as successor-by-merger to Lender, hereby assigns and quit claims all of its rights, title and interests (whatever they may be, if any), in the Mortgage to CWS Investments, Inc.

PROPERTY ADDRESS:
540 Court Street, Auburn, ME 04210

*[Signature page follows.]*


EXHIBIT H

# SIGNATURE PAGE
# TO
# QUITCLAIM ASSIGNMENT OF MORTGAGE

AEGIS MORTGAGE CORPORATION,
successor-by-merger to Aegis Lending Corporation

Dated: December 22, 2022

By: Brett D. Fallon

Brett D. Fallon, Esquire, solely as Receiver for
Aegis Mortgage Corporation, and not in
an individual or other capacity, by order of the
Court of Chancery of the State of Delaware under
Docket No. 2019-0009-KSJM

STATE OF DELAWARE
COUNTY OF

Personally appeared before me this 22 day of December 2022, the above-named Brett D. Fallon, Esquire, in his capacity as Court appointed Receiver of Aegis Mortgage Corporation and acknowledged the foregoing to be his free act and deed in said capacity and the free act and deed of Aegis Mortgage Corporation.

Type/Print Name: LADAN AMINI
Notary Public
My Commission Expires: 08-19-2025



PROPERTY ADDRESS:
540 Court Street, Auburn, ME 04210

**EXHIBIT A**

Order

*[See attached.]*



**GRANTED**

EFiled: Jul 16 2019 11:07AM EDT
Transaction ID 63550197
Case No. 2019-0009-KSJM

# IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| IN RE AEGIS MORTGAGE CORPORATION, | C.A. No. 2019-0009-KSJM |

## [PROPOSED] ORDER APPOINTING RECEIVER FOR AEGIS MORTGAGE CORPORATION PURSUANT TO 8 DEL. C. § 279

WHEREAS, Petitioner has filed this action seeking the appointment of a receiver pursuant to 8 *Del. C.* § 279 for a dissolved Delaware corporation, Aegis Mortgage Corporation ("AMC") to address unfinished business of AEG and certain of its former affiliates;

WHEREAS, no party has appeared to oppose or contest the appointment of a receiver for AMC; and

WHEREAS, the Petitioner has shown good cause for the appointment of a receiver for AMC pursuant to 8 *Del. C.* § 279;

NOW, THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. Brett D. Fallon, Esquire, is hereby appointed as the receiver for AMC (the "Receiver") with the powers and duties specified in this Order. The Receiver shall have the authority, but shall not be required, to petition this Court for instructions at any time or from time to time. The Receiver may seek to modify the terms of this Order, including by seeking supplemental authority, for good

cause shown. The Receiver shall file with this Court a written acceptance of this appointment. The Receiver shall serve at the pleasure of the Court.

2. The Receiver is authorized to act through and in the name of AMC to carry out his duties hereunder. The Receiver is empowered and authorized, but is not required, to execute and deliver (or cause to be executed and delivered) any document in the name of AMC, including but not limited to contracts, deeds, other documents of title, and regulatory, administrative, and governmental filings.

3. The provisions of Court of Chancery Rules 148-168, pertaining to the duties of a receiver are hereby waived. The Receiver shall not be required to post a bond. In lieu of these provisions, the Receiver shall file a report to the Court annually from the date of this Order, or more often if requested by the Court, until the Receiver is discharged by the Court.

4. The Receiver is authorized to retain and rely on one or more experts or advisors, including attorneys and other professionals as the Receiver deems necessary in carrying out his duties. The Receiver is authorized to utilized the services of professionals from the law firm of Morris James, LLP (the "Firm") and may use attorneys from the Firm as counsel at their customary hourly rates.

5.   Ocwen Loan Servicing LLC ("Ocwen")[1] shall pay the compensation and expenses of the Receiver and the Firm at customary hourly rates. All professionals retained by the Receiver shall submit invoices to the Receiver on a monthly basis. All fees and expenses shall be paid promptly by Ocwen. In the event of a dispute regarding fees and costs between Ocwen and the Receiver or his counsel, such dispute shall be submitted to the Court for resolution.

6.   The Receiver shall have no liability to AMC, Ocwen, their creditors, or any other person for actions taken in good faith pursuant to this Order. Notwithstanding anything to the contrary contained in AMC's organizing documents, charter, bylaws, Plan or Liquidating Trust, Ocwen shall provide to the Receiver all protection, indemnity, limitation from liability, and immunity available at law or in equity to an officer of director of a company under 8 *Del. C.* § 145 including, without limitation, all protection, limitation from liability, and immunity provided by the indemnification provisions of applicable law. Expenses, including attorneys' fees, incurred by the Receiver in defending any civil, criminal, administrative, or investigative action, suit, or proceeding arising by reason of or in connection with the Receiver's designation as Receiver for AMC, or in the performance of his duties hereunder, shall be paid by Ocwen monthly in advance

---

[1] Effective June 1, 2019, Ocwen Loan Servicing LLC merged with and into PHH Mortgage Corporation, a New Jersey corporation.

of the final disposition of such action, suit, or proceeding, subject to the repayment of such amount if it shall be ultimately determined by this Court that the Receiver is not entitled to be indemnified by Ocwen due to action not being taken in good faith.

7. The Receiver shall not be personally liable for any liability or obligation of AMC, its predecessors, successors and affiliates, including prior to or after the entry of this Order, including, without limitation, any contingent or unliquidated liabilities or obligations.

8. All actions of the Receiver shall be presumed to have been made on an informed basis, in good faith, and in the honest belief that such actions taken were in the best interests of the Company. The Receiver shall have no liability for actions taken in good faith pursuant to this Order. The Receiver shall be entitled to all protection, limitation from liability, and immunity available at law or in equity to a court-appointed receiver, including, without limitation, all protection, limitation from liability, and immunity provided by the indemnification provisions of applicable law and this Order.

9. No entity or party may bring any action against the Receiver for his actions or omissions arising out of or related to his duties as Receiver, unless such party or entity shall first apply to this Court to show cause before any such action is filed.

SO ORDERED this ___ day of _____, 2019

_____
Vice Chancellor Kathaleen S. McCormick

| | |
|---|---|
| Court: | DE Court of Chancery Civil Action |
| Judge: | Kathaleen St Jude McCormick |
| File & Serve Transaction ID: | 63547046 |
| Current Date: | Jul 16, 2019 |
| Case Number: | 2019-0009-KSJM |
| Case Name: | In Re Aegis Mortgage Corporation |
| Court Authorizer: | McCormick, Kathaleen St Jude |

/s/ Judge McCormick, Kathaleen St Jude